UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


| | | |
|---|---|---|
| ERIC WRIGHT | : | Civil Action No: 1:02cv00508 |
| | : | |
| Plaintiff | : | |
| | : | |
| -v- | : | |
| | : | MOTION FOR INSURANCE |
| HOBSONS, INC. | : | REPRESENTATIVE TO APPEAR |
| | : | BY PHONE AT PRETRIAL |
| Defendant | : | CONFERENCE |


        Comes now Defendant, Hobsons, Inc. and hereby moves this Court for permission to have

the insurance representative of Hobsons, Inc. available by telephone, if needed, on December 19,

2003, during the pretrial conference.


                        s/ Michael E. Maundrell
                        Michael E. Maundrell
                        Ohio Bar Number: 0027110
                        Attorney for Defendant Hobsons, Inc.
                        SCHROEDER, MAUNDRELL, BARBIERE & POWERS
                        11935 Mason Road, Suite 110
                        Cincinnati, OH 45249
                        (513) 583-4205
                        (513) 583-4203 [fax]
                        Email: mmaundrell@schroederlaw.com

## MEMORANDUM

Hobsons. Inc., by and through counsel, states that its insurance company representative resides and works in Chicago, Illinois and it would be a great inconvenience as well as expensive to travel to Cincinnati to attend the pretrial conference. Rather, the insurance representative would be available, if needed, by phone during the pretrial conference and would be in a position to immediately and responsively handle all settlement negotiations.

          s/ Michael E. Maundrell

Michael E. Maundrell
Ohio Bar Number: 0027110
Attorney for Defendant Hobsons, Inc.
SCHROEDER, MAUNDRELL, BARBIERE & POWERS
11935 Mason Road, Suite 110
Cincinnati, OH 45249
(513) 583-4205
(513) 583-4203 [fax]
Email: mmaundrell@schroederlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **December 4, 2003**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following: Peter Burr, Esq., **Attorney for Plaintiff**.

          s/ Michael E. Maundrell

Michael E. Maundrell
Ohio Bar Number: 0027110
Attorney for Defendant Hobsons, Inc.
SCHROEDER, MAUNDRELL, BARBIERE & POWERS
11935 Mason Road, Suite 110
Cincinnati, OH 45249
(513) 583-4205
(513) 583-4203 [fax]
Email: mmaundrell@schroederlaw.com