UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

*Denied*
*Susan J. Dlott*
*Dec 4, 2003*

| | | |
|---|---|---|
| ERIC WRIGHT | : | Civil Action No: 1:02cv00508 |
|       Plaintiff | : | |
| -v- | : | MOTION FOR INSURANCE |
| HOBSONS, INC. | : | REPRESENTATIVE TO APPEAR BY PHONE AT PRETRIAL |
|       Defendant | : | CONFERENCE |

Comes now Defendant, Hobsons, Inc. and hereby moves this Court for permission to have the insurance representative of Hobsons, Inc. available by telephone, if needed, on December 19, 2003, during the pretrial conference.

                                                  s/ Michael E. Maundrell
                                                Michael E. Maundrell
                                                Ohio Bar Number: 0027110
                                                Attorney for Defendant Hobsons, Inc.
                                                SCHROEDER, MAUNDRELL, BARBIERE & POWERS
                                                11935 Mason Road, Suite 110
                                                Cincinnati, OH 45249
                                                (513) 583-4205
                                                (513) 583-4203 [fax]
                                                Email: mmaundrell@schroederlaw.com