UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ERIC WRIGHT,

               Case Number:   1:02cv508-SJD

     V.

HOBSONS, INC.,               District Judge Susan J. Dlott

NOTICE

**TAKE NOTICE** that the TRIAL in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse | Room 836 |
| 100 East Fifth Street | **DATE AND TIME** |
| Cincinnati, Ohio 45202 | MONDAY, JANUARY 26, 2004 at 9:30 A.M. |

SPECIAL INSTRUCTIONS:

1. The Final Pretrial Conference will be held on WEDNESDAY, JANUARY 7, 2004 at 10:00 A.M. in Room 829.

2. **All parties must bring their client or a representative with full settlement authority to the Final Pretrial Conference. Failure to follow this requirement will result in sanctions.**

3. Each counsel must prepare and submit a letter to the Court one week prior to the conference with the status of any settlement negotiations to date. These letters need not be filed with the Clerk's Office nor exchanged with opposing counsel.

                             JAMES BONINI, CLERK

                             ___s/Stephen Snyder_____
                             Stephen Snyder
                             Case Manager
                             (513) 564-7633

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.