UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ERIC WRIGHT | : | Civil Action No: 1:02cv00508 |
| Plaintiff | : | JUDGE DLOTT |
| -v- | : | |
| HOBSON'S, INC. | : | **DEFENDANT, HOBSON'S, INC.'S, REQUESTED VOIR DIRE QUESTIONS** |
| Defendant | : | |

**COMES NOW** Defendant, Hobson's, Inc., and respectfully requests the Court ask the following questions during voir dire:

1. Do any of you work in sales or on a commission basis?

2. Are any of you in a position to hire and/or fire someone, such as in a job or some other type of organization (for example, in a church, charity, club, etc.)?

    A. If so, have any of you ever had to fire someone?

3. Have any of you ever been fired or terminated, other than in a layoff or reduction in force?

4. Have any of you, or any member of your immediate family, ever filed or lodged a complaint of discrimination against your employer or some other company? If so:

    A. With whom did you file the complaint?

    B.    What was the result of that complaint?

    C.    Was a subsequent lawsuit filed by you or on your behalf?

        1.    If so, what was the result of that lawsuit?

5.    Have any of you, or any member of your immediate family, ever had a complaint of discrimination filed against you? If so:

    A.    What was the result of that complaint?

    B.    Was a subsequent lawsuit filed against you?

        1.    If so, what was the result of the lawsuit?

6.    To your knowledge, has a complaint of discrimination ever been filed against a company you were working for at the time of the complaint? If so:

    A.    What was the result of that complaint?

    B.    Was a subsequent lawsuit filed against the company?

        1.    If so, what was the result of the lawsuit?

Respectfully submitted,


/s/ Michael E. Maundrell
Michael E. Maundrell (0027110)
Attorney for Defendant
SCHROEDER, MAUNDRELL, BARBIERE & POWERS
11935 Mason Road, Suite 110
Cincinnati, OH 45249
(513) 583-4205
(513) 583-4203 [fax]
Email: mmaundrell@schroederlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing Defendant, Hobson's, Inc., Requested Voir Dire Questions was sent via fax and regular, first class, U.S. mail, postage pre-paid, to Peter A. Burr, 1400 4th and Vine Tower, Cincinnati, Ohio 45202 on this 6th day of January, 2004.

                                                               /s/ Michael E. Maundrell
                                                              Michael E. Maundrell

7066-11