UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ERIC WIGHT | : | CASE NO: 1:02cv00508 |
| Plaintiff | : | (Dlott, J.) |
| -v- | : | |
| HOBSONS INC. | : | NOTICE OF DISMISSAL <u>WITH PREJUDICE</u> |
| Defendant | : | |

Notice is hereby given by Plaintiff, by and through his counsel, that the within action is dismissed with prejudice consistent with Rule 41 of the Federal Rules of Civil Procedure.

_____
Peter A. Burr (0400973)
Attorney for Plaintiff
BARRON, PECK & BENNIE & KATZ CO., LPA
1400 Fourth & Vine Tower
Cincinnati, OH 45202
(513) 721-1350

_____
Michael E. Maundrell (0027110)   Jay P. Patton / 1/30/04
Attorney for Defendant
SCHROEDER, MAUNDRELL, BARBIERE & POWERS
11935 Mason Road, Suite 110
Cincinnati, OH 45249
(513) 583-4205